UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
DIANA BELL,                         :   03 Civ. 9945 (SC)
                                    :
        Plaintiff,                  :
                                    :   ORDER RE: MOTION IN
    v.                              :   LIMINE
                                    :
PFIZER INC., PFIZER INC. STOCK AND  :
INCENTIVE PLAN, PFIZER EMPLOYEE     :
COMPENSATION AND MANAGEMENT         :
DEVELOPMENT COMMITTEE, PFIZER INC.  :
RETIREMENT ANNUITY PLAN and PFIZER  :
INC. RETIREMENT COMMITTEE,          :
                                    :
        Defendants.                 :
                                    :
------------------------------------X

On October 31, 2007, the bench trial in this case was completed. On November 8, 2007, the Court found for Defendants and judgment was entered. Docket Nos. 79, 80. Therefore, the Court ORDERS that the motion in limine, Docket No. 94, be terminated.

IT IS SO ORDERED.

Dated: September 29, 2009

/s/ _____
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/09